UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANDREW MODEEN,

        Plaintiff,

  v.

PROGRESSIVE FINANCE HOLDINGS, LLC,

        Defendant.

Case No. C18-0800RSL

ORDER STAYING PROCEEDINGS

This matter comes before the Court on the parties' "Stipulation to Compel Arbitration and Stay Case." Dkt. # 4. Pursuant to the agreement of the parties, this matter is hereby STAYED and the parties are compelled to proceed with arbitration. Each party will bear its own fees and costs.

ORDER STAYING PROCEEDINGS - 1

The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar. The parties shall, within fourteen days of the conclusion of the arbitration, submit a notice of resolution or, if all matters have not been fully resolved, a joint status report under the above cause number.

Dated this 27th day of July, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STAYING PROCEEDINGS - 2